AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-1580-STV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* IDT Corporation was received by me on *(date)* 6/3/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Drop Box , who is designated by law to accept service of process on behalf of *(name of organization)* IDT Corporation c/o Corporation Service Company, Service time - 1:23 p.m. on *(date)* 6/4/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/4/2020

*Server's signature*

Robert DeLacy, Process Server
*Printed name and title*

D. M. Professional Services
501 Silverside Rd, Ste 72
Wilmington, DE 19809

*Server's address*

Additional information regarding attempted service, etc:

Due to COVID-19, servers have no contact with employees at Corporation Service Company



D. M. PROFESSIONAL SERVICES
501 SILVERSIDE RD, STE 72
WILMINGTON, DE 19809
302-792-0558

Invoice #: 253034
Date: 06/04/2020
Federal Tax ID#: 51-0302413

Williams, LLP
7 World Trade Center
250 Greenwich Street, 46th FL.
New York , NY 10007

## INVOICE FOR SERVICE

Service #337072: IDT CORPORATION IIT, INC., A COLORADO CORPATION, ET AL v. COMMUNICATIONS DISTRUBUTORS, LLC ET AL

Your File#

Court Case #: 20-CV-1580-STV

| | |
|---|---:|
| STANDARD SERVICE | $45.00 |
| PAPER CHARGE | $4.60 |
| **TOTAL CHARGES:** | **$49.60** |
| Payment: 06/05/2020       Check#: (CC1729001622) | -$49.60 |
| **BALANCE:** | **$0.00** |

1